IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CV-41-F

| | | |
|---|---|---|
| CAROLYN BONNER WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SSC HERTFORD OPERATING COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have informed the court that they have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to reopen should settlement not be consummated on or before **April 17, 2015**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. The Clerk of Court is DIRECTED to remove this matter from the court's trial and pretrial calendars.

SO ORDERED.

This, the _18_ day of March, 2015.

JAMES C. FOX
Senior United States District Judge